STANLEY M. MUSICANTE, Appellant, v. ESDORN LUMBER CORPORATION, Respondent.— Order entered January 27, 1942, so far as appealed from, unanimously modified by denying in all respects defendant's motion as to items 5, 7, 8, 9, 10, 17, 19 and 20 contained in plaintiff's demand, and, as so modified, affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

VICTOR HORNER, Respondent, v. SIR VICTOR SASSOON, Appellant.— Orders reversed and motion for a preference denied. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. Dore, J.: In view of the circumstances here present, I dissent and vote to modify the order appealed from by setting the case at the head of the ready jury calendar for the October term, 1942.

In the Matter of the Application of ARTHUR W. NEWELL, Petitioner, Respondent, a Stockholder of PATHE FILM CORPORATION, Appellant, for the Appointment of Appraisers to Appraise the Value of His Stock. In the Matter of the Application of ANNIE S. NEWELL, Petitioner, Respondent, a Stockholder of PATHE FILM CORPORATION, Appellant, for the Appointment of Appraisers to Appraise the Value of Her Stock.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

RECONSTRUCTION FINANCE CORPORATION, Respondent, v. RYAN STONE Co., INC., and Others, Defendants. MACNEIL MITCHELL, Referee, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of COST VENDRAMIS, Petitioner, Respondent, Stockholder in the SWORD STEAMSHIP LINE, INC., Appellant, for the Appointment of Appraisers to Appraise the Value of His Stock.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of TITLE GUARANTEE AND TRUST COMPANY, Appellant, for an Order Directing FOXVALE REALTY CORPORATION, INC., Respondent, Last Record Owner of Premises 1475–9 Jessup Avenue, Borough of Bronx, City and State of New York, to Pay the Surplus Income of Said Premises for the Six-month Period Ended July 31st, 1940, to TITLE GUARANTEE AND TRUST COMPANY, etc.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE BROUN-GREEN COMPANY, Respondent, v. HENRY C. WESTERHOUSE and JAMES A. RYAN, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MURRAY OIL PRODUCTS Co., INC., Appellant, v. MITSUI & COMPANY, LTD., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [178 Misc. 82.]

LILLIAN ETHEL RODRIGUEZ, Appellant, v. 724 NINTH AVENUE CORPORATION, Respondent. — Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.